IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------------------------------------x

ELBIO NUNES, THEODORE SPIES, and MARQUE HART, individually and on behalf of those similarly situated,

      Case No. 1:22-cv-02953-SDG

      Plaintiffs,

  -against-

LASERSHIP, INC.

      Defendant.

------------------------------------------------------------x

**DECLARATION OF JASON ROZGER IN OPPOSITION TO DEFENDANT'S MOTION TO STAY AND COMPEL ARBITRATION**

  I, Jason Rozger, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1. I am admitted to practice law *pro hac vice* in this Court. I am a partner in the firm of Menken Simpson & Rozger LLP in New York, New York. Along with partner Bruce E. Menken and associate Raya F. Saksouk and together with local counsel, I represent Plaintiffs and putative Collective Members in the above-captioned case.

1

2. I submit this declaration in opposition to Defendant's Motion to Stay and Compel Arbitration.

3. I have personal knowledge of the facts set forth herein.

4. Annexed hereto as Exhibit 1 is a true and accurate copy of several pages from Defendant LaserShip's website, accessed at https://lasership.com/services/residential-e-commerce-delivery/ and https://lasership.com/faq/ on October 26, 2022.

Dated:   November 4, 2022

                                          Respectfully submitted,

*s/ Jason Rozger*
MENKEN SIMPSON & ROZGER LLP
80 Pine St., 33rd Fl.
New York, NY 10005
Tel.: (212) 509-1616
Fax: (212) 509-8088
jrozger@nyemployeelaw.com

*Attorneys for Plaintiff*