# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELBIO NUNES, THEODORE SPIES, and MARQUE HART, individually and on behalf of those similarly situated, <br><br>Plaintiffs,<br><br>v.<br><br>LASERSHIP, INC.,<br><br>Defendant. | Case No. 1:22-cv-02953-SDG <br><br> Hon. Judge Steven D. Grimberg |

## DEFENDANT LASERSHIP, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, LaserShip, Inc., respectfully moves the Court for leave to file a Notice of Supplemental Authority related to the pending Motion to Stay and Compel Arbitration or, in the Alternative, to Strike Collective Allegations. ECF No. 14. The Notice of Supplemental Authority respectfully alerts the Court to one recent decision issued after briefing closed on LaserShip's motion: *Medeiros v. Point Pickup Technologies, Inc.*, No. 3:21-CV-1056 (OAW), 2023 WL 3022324 (D. Conn. Apr. 20, 2023).

|  |  |
|---|---|
| Dated: April 26, 2023 | */s/ Melissa L. Bailey* <br> Melissa L. Bailey <br> mbailey@csvl.law <br> COPELAND STAIR VALZ & LOVELL <br> 191 Peachtree Street, Suite 3600 <br> Atlanta, GA 30303 <br> Phone: 404-526-0363 <br> Fax: 404-523-2345 <br><br> */s/ Charles Andrewscavage* <br> Charles Andrewscavage <br> (*pro hac vice*) <br> candrewscavage@scopelitis.com <br> SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. <br> 30 West Monroe Street, Suite 1600 <br> Chicago, IL 60603 <br> Phone: 312-255-7200 <br> Fax: 312-422-1224 <br><br> James A. Eckhart <br> (*pro hac vice*) <br> jeckhart@scopelitis.com <br> SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. <br> 10 West Market Street, Suite 1400 <br> Indianapolis, IN 46204 <br> Phone: 317-637-1777 <br> Fax: 317-687-2414 <br><br> *Attorneys for Defendant* |

4889-1119-0623, v. 1